**Order issued December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00256-CR

---

### RICHARD GONZALES, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Francis, Lang-Miers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the July 22, 2013 motion of Christopher A. Routt for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Christopher A. Routt as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Richard Gonzales, Jr., TDCJ #1835502, Hutchins State Jail, 1500 East Langdon Road, Dallas, Texas, 75241.

/Molly Francis/
MOLLY FRANCIS
JUSTICE